# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
DEC 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| JORGE DE LA CRUZ, | ) Case No. 1:14-MJ-00169-SAB |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S DISTRICT COURT, 2500 TULARE STREET, FRESNO, CA
*Place*

on   DECEMBER 4, 2014 at 10:00 a.m. BEFORE MAGISTRATE JUDGE STANLEY A. BOONE
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 11/10/19

Jorge L de la Cruz R.
*Defendant's signature*

Date: 12/4/2014

*Judicial Officer's Signature*

U.S. MAGISTRATE JUDGE STANLEY A. BOONE
*Printed name and title*