IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                    Plaintiff,        )<br>v.                                                           )<br>                                                              )<br>JORGE DE LA CRUZ,                      )<br>                                                              )<br>                    Defendant.      )<br>_____) | Case No. 1:14-mj-0169 SAB<br><br>**DEFENDANT'S STATUS REPORT ON**<br>**UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle Under the Influence, in violation of 36 C.F.R. § 4.23(a)(1) |
| **Sentence Date:** | January 29, 2015 |
| **Review Hearing Date:** | November 5, 2015 |
| **Probation Expires On:** | January 29, 2016 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,210.00, which Total Amount is made up of a Fine: $ 1,200.00; Special Assessment: $ 10.00.

☒ Payment schedule: $200.00/month

☐ Community Service hours Imposed of:

☒ Other Conditions:  Complete 1st time Offenders DUI Course

### *COMPLIANCE:*

☒ Defendant has complied with and completed **all** conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:      Date:
                                                                              Amount: $

☐ To date, Defendant has performed      hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Bayleigh J. Pettigrew*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/5/2015 at 10:00 a.m.

  ☐ be continued to _____ at ____a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.


DATED:  10/9/2015                              */s/ Megan Hopkins*
                                                        DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

DATED: **Oct 9, 2015**                         _____
                                                        **STANLEY A. BOONE**
                                                        United States Magistrate Judge